In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00418-CR
NO. 09-16-00419-CR

_____

**PATRICK AARON CORKEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-02-01821-CR and 15-06-06605-CR**

**MEMORANDUM OPINION**

Patrick Aaron Corken has filed motions to dismiss his appeals. *See* Tex. R. App. P. 42.2. In each case, a request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in these appeals. The motions are granted, and the appeals are therefore dismissed.

APPEALS DISMISSED.

 

 

 

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 28, 2017
Opinion Delivered March 1, 2017
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.